UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 2 7 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Brud Rossmann,                          )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )      Civil Action No.  18-20 (UNA)
                                        )
                                        )
Donald Trump *et al.*,                  )
                                        )
            Defendants.                 )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and

application for leave to proceed *in forma pauperis* (IFP).  Under the statute governing IFP

proceedings, the Court is required to dismiss a case "at any time" it determines that the action is

frivolous.  28 U.S.C. § 1915 (e)(2)(B)(i).

A complaint that lacks "an arguable basis either in law or in fact" may be dismissed as

frivolous. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).  A "finding of factual frivolousness is

appropriate when the facts alleged rise to the level of the irrational or the wholly incredible[.]"

*Denton v. Hernandez*, 504 U.S. 25, 33 (1992).

The instant complaint is comprised wholly of disparaging remarks about the defendants

and groups of other individuals, incomprehensible statements, and random obscenities.  The

complaint is simply impossible to comprehend, and the Court foresees no possibility of a cure.

As a result, this case will be dismissed with prejudice. *See Firestone v. Firestone*, 76 F.3d 1205,

1209 (D.C. Cir. 1996) (A dismissal with prejudice is warranted upon determining "that 'the

allegation of other facts consistent with the challenged pleading could not possibly cure the

1

deficiency.'") (quoting *Jarrell v. United States Postal Serv.*, 753 F.2d 1088, 1091 (D.C. Cir. 1985) (other citation omitted)).  A separate order accompanies this Memorandum Opinion.

Date:    February 27, 2018

United States District Judge